# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTONIO ARIAS,<br><br>        Defendant. | Case No. 3:22-cr-00003-LRH-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Andrew Keenan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Antonio Arias, that the sentencing hearing scheduled for March 7, 2023 at 11:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days.

    The Stipulation is entered into for the following reasons:

1. Defense counsel is not available to meet and participate in the PSR meeting until late January, therefore, due to scheduling conflicts the sentencing needs to be continued to provide adequate time to conduct presentencing interview and prepare for the sentencing.

2. Defense counsel also needs additional time to gather letters of support and mitigation material.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 13th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Aden Kebede*<br>By_____<br>ADEN KEBEDE<br>Assistant Federal Public Defender | */s/ Andrew Keenan*<br>By_____<br>ANDREW KEENAN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ANTONIO ARIAS,<br><br>        Defendant. | Case No. 3:22-cr-00003-LRH-CSD<br><br>ORDER |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for March 7, 2023, at 11:00 a.m. be vacated and continued to June 15, 2023, at 11:00 a.m. before Judge Larry R. Hicks in Reno Courtroom 3.

    IT IS SO ORDERED.

    DATED this 17th day of January 2023.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE