```
__Filed __Received __Entered __Served On
        Counsel/Parties of Record

              OCT 1 0 2023

           Clerk US District Court
              District of Nevada
  By:_____ Deputy
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ANTONIO ARIAS,<br>    aka "Antonio Jesus Arias,"<br>    aka "Antonio Jesus Arias-Gonzalez,"<br>    aka "Antonio Gonzalez,"<br><br>      Defendant. | 3:22-CR-003-LRH-CSD<br><br>**Final Order of Forfeiture** |

      The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Antonio Arias, aka "Antonio Jesus Arias," aka "Antonio Jesus Arias-Gonzalez," aka "Antonio Gonzalez," to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Antonio Arias, aka "Antonio Jesus Arias," aka "Antonio Jesus Arias-Gonzalez," aka "Antonio Gonzalez," pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 5; Plea Agreement, ECF No. 28; Change of Plea, ECF No. 29; Preliminary Order of Forfeiture, ECF No. 30.

      This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

1   This Court finds the United States published the notice of forfeiture in accordance
2   with the law via the official government internet forfeiture site, www.forfeiture.gov,
3   consecutively from December 16, 2022, through January 14, 2023, notifying all potential
4   third parties of their right to petition the Court. Notice of Filing Proof of Publication
5   Exhibits, ECF No. 34-1, p. 5.
6   This Court finds the United States notified known third parties by regular mail and
7   certified mail return receipt requested of their right to petition the Court. Notice of Filing
8   Service of Process – Mailing, ECF No. 35.
9   On January 5, 2023, the United States Attorney's Office served Jason Camacho-
10  Navarro on Wrondel Way with copies of the Preliminary Order of Forfeiture and the
11  Notice through regular mail and certified mail return receipt requested. Notice of Filing
12  Service of Process –Mailing, ECF No. 35-1, p. 3-14.
13  On January 5, 2023, the United States Attorney's Office served and attempted to
14  serve Jose Camacho-Navarro on Yeager St. with copies of the Preliminary Order of
15  Forfeiture and Notice through regular mail and certified mail return receipt requested. The
16  certified mail was returned as not deliverable as addressed and unable to forward. Notice of
17  Filing Service of Process – Mailing, ECF No. 35-1, p. 3-10, 15-17.
18  On January 5, 2023, the United States Attorney's Office served Jose Camacho-
19  Navarro on Military Rd. with copies of the Preliminary Order of Forfeiture and the Notice
20  through regular mail and certified mail return receipt requested. Notice of Filing Service of
21  Process – Mailing, ECF No. 35-1, p. 3-10, 18-20.
22  This Court finds no petition was filed herein by or on behalf of any person or entity
23  and the time for filing such petitions and claims has expired.
24  This Court finds no petitions are pending regarding the property named herein and
25  the time has expired for presenting such petitions.
26  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
27  all possessory rights, ownership rights, and all rights, titles, and interests in the property
28  hereinafter described are condemned, forfeited, and vested in the United States under Fed.

R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

    1.    a Taurus, Model G3, 9mm caliber pistol bearing serial number ACH 140995;

    2.    5 Rounds Tula Cartridge Works - Russia Ammunition CAL:9; and

    3.    any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED Oct. 5, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE