S

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO ARIAS,<br><br>　　　　Defendant. | Case No. 3:22-cr-00003-HDM-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (FIRST REQUEST)** |

　　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for ANTONIO ARIAS and Acting United States Attorney SIGAL CHATTAH, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for August 12, 2025, at 11:30 AM, be vacated and continued to August 19, 2025, at 11:00 AM via Videoconference.

　　　This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.  Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.  The defendant is on bond and consents to the continuance.

4.  The parties agree to the continuance.

5.  This is the first request for a continuance.

DATED this 5th day of August, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| By /s/ Sean A. McClelland<br>SEAN A. MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for ANTONIO ARIAS | By /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS ORDERED** that the Revocation Hearing currently set for 8/12/2025 at 11:30 AM in Reno Courtroom 4 is VACATED and RESET to Tuesday, 8/19/25 at 11:00 AM via videoconference before District Judge Howard D. McKibben. **IT IS SO ORDERED.**

DATED this 7th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE