RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SEAN A. MCCLELLAND
Assistant Federal Public Defender
Nevada State Bar No. 16581
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Sean_McClelland@fd.org

Attorney for ANTONIO ARIAS

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO ARIAS,<br><br>　　　　　Defendant. | Case No. 3:22-cr-00003-HDM-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and SEAN A. MCCLELLAND, Assistant Federal Public Defender, counsel for ANTONIO ARIAS and SUE FAHAMI, Executive Assistant United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for October 21, 2025, at 11:00 AM, be vacated and continued to December 3, 2025, at 11:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

2. Counsel requests this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

3. Mr. Arias is on bond and consents to the continuance. Specifically, Mr. Arias was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

4. This is the first request for continuance of the sentencing hearing.

DATED this 2nd day of October, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Executive Assistant United States Attorney |
| By */s/ Sean A. McClelland*<br>SEAN A. MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for ANTONIO ARIAS | By */s Randolph J. St. Clair*<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for the Government |

2

# ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing Re: Revocation of Supervised Release currently set for Tuesday, October 21, 2025, at 11:00 AM, be vacated and continued to **Wednesday, December 3, 2025, at 11:00 AM via videoconference before Judge Howard D. McKibben.**

**IT IS SO ORDERED.**

DATED this 3rd day of October, 2025.

*/s/ Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE

3